IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY HERMAN,

           Plaintiff,

vs.

VILLAGE OF MAYWOOD, NEBRASKA, et al.,

           Defendants.

8:14CV283

ORDER

This matter is before the court on the plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2). The plaintiff attached an affidavit regarding his financial status to the motion. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 22nd day of September, 2014.

           BY THE COURT:

           s/ Thomas D. Thalken
           United States Magistrate Judge